In the Matter of LENA GONZALEZ, Respondent, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Appellants.

Argued October 3, 1951; decided October 18, 1951.

*Alvin McKinley Sylvester* and *Lucille C. Bunzl* for appellants. *Monroe I. Katcher, II,* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.